UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APOLLO GROUP, INC, and UNIVERSITY OF PHOENIX, INC.,<br><br>     Plaintiffs,<br><br>    -against-<br><br>CHEGG, INC., STUDENT OF FORTUNE, INC., DANIEL ROSENSWEIG, and SEAN MCCLEESE,<br><br>     Defendants. | Case No.  13 CV 1336 (AJN)<br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action as counsel to Defendants Chegg, Inc., Student of Fortune, Inc., Daniel Rosensweig, and Sean McCleese, and that copies of all papers in this action should be delivered to the undersigned at the address provided below.

Dated: March 11, 2013
     New York, NY

              FROSS ZELNICK LEHRMAN & ZISSU, P.C.

              By: _____
                James D. Weinberger (jweinberger@fzlz.com)
              866 United Nations Plaza
              New York, New York 10017
              (212) 813-5900

              *Attorneys for Defendants*

{F1185615.1}