USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 12 2013

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| APOLLO GROUP, INC., and UNIVERSITY OF PHOENIX, INC., <br><br>                     Plaintiffs, <br><br> -against- <br><br> CHEGG, INC., STUDENT OF FORTUNE, INC., DANIEL ROSENSWEIG, and SEAN MCCLEESE, <br><br>                     Defendants. | Case No. 13 CV 1336 (AJN) <br><br> STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Apollo Group, Inc., and University of Phoenix, Inc. ("Plaintiffs") and Defendants, Chegg, Inc., Student of Fortune, Inc., Daniel Rosensweig, and Sean McCleese, ("Defendants"), through their undersigned counsel of record, that Defendants' time to answer or otherwise move with respect to the Complaint is extended up to and including **April 25, 2013**. This is the first such request for an extension and it is not made for purposes of delay.

Dated: March 11, 2013
        New York, NY

Respectfully submitted,

DUANE MORRIS LLP

By: _____
   Gregory P. Gulia
   (gpgulia@duanemorris.com)
   Vanessa C. Hew (vchew@duanemorris.com)
   R. Terry Parker (tparker@duanemorris.com)
1540 Broadway
New York, NY 10036
(212) 692-1000

*Counsel for Plaintiffs*

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
   James D. Weinberger
   (jweinberger@fzlz.com)
866 United Nations Plaza
New York, New York 10017
(212) 813-5900

*Counsel for Defendants*

SO ORDERED

Dated: March __, 2013

_____
U.S.D.J.