James D. Weinberger
jweinberger@fzlz.com
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY  10017
Telephone:  (212) 813-5900
Facsimile:  (212) 813-5901

Michael H. Page (*admitted pro hac vice*)
mpage@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, California  94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for Defendants Chegg, Inc., Student of
  Fortune, Inc. and Daniel Rosensweig

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| APOLLO GROUP, INC. and UNIVERSITY OF PHOENIX, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>CHEGG, INC., STUDENT OF FORTUNE, INC., DANIEL ROSENSWEIG, and SEAN MCCLEESE,<br><br>      Defendants. | Civil Action No. 13 CV 01336 (AJN)<br><br>**DEFENDANTS CHEGG, INC., STUDENT OF FORTUNE, INC. AND DANIEL ROSENSWEIG'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>**ECF Case** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants Chegg, Inc., Student of Fortune, Inc., and Daniel Rosensweig (collectively, "Defendants") certifies, based on information and belief available to them as of the date below, as follows:

    (a)    defendant Chegg, Inc. is a privately held company, and no publicly held corporation owns 10% or more of its stock; and

    (b)    defendant Student of Fortune, Inc. is a wholly owned subsidiary of Chegg, Inc.

{F1215142.1 }

Respectfully submitted,

Dated: April 25, 2013
       New York, NY

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
    James D. Weinberger

jweinberger@fzlz.com
866 United Nations Plaza
New York, New York 10017
Telephone: (212) 813-5900
Facsimile: (212) 813-5901

Michael H. Page (*admitted pro hac vice*)
mpage@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, California  94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for Defendants Chegg, Inc., Student of
Fortune, Inc. and Daniel Rosensweig

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on April 25, 2013 with a copy of this

document via the Court's CM/ECF system.

Gregory Paul Gulia
Robert Terry Parker
Vanessa C. Hew
Duane Morris, LLP (NYC)
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1000
Fax: (212) 692-1020
Email: gpgulia@duanemorris.com
       tparker@duanemorris.com
       vchew@duanemorris.com

Larry Selander
Duane Morris, LLP (IL)
190 South LaSalle Street, Suite3700
Chicago, IL 60603
Tel: (312) 499-0147
Fax: (212) 692-1020
Email: lselander@duanemorris.com

Attorneys for Plaintiffs
Apollo Group, Inc. and University of Phoenix, Inc.

_____
               James D. Weinberger