James D. Weinberger
jweinberger@fzlz.com
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY  10017
Telephone:  (212) 813-5900
Facsimile:  (212) 813-5901

Michael H. Page (*admitted pro hac vice*)
mpage@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, California  94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for Defendants Chegg, Inc., Student of
  Fortune, Inc. and Daniel Rosensweig

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| APOLLO GROUP, INC. and UNIVERSITY OF PHOENIX, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>CHEGG, INC., STUDENT OF FORTUNE, INC., DANIEL ROSENSWEIG, and SEAN MCCLEESE,<br><br>        Defendants. | Civil Action No. 13 CV 01336 (AJN)<br><br>**NOTICE OF DEFENDANTS CHEGG, INC., STUDENT OF FORTUNE, INC. AND DANIEL ROSENSWEIG'S MOTION TO TRANSFER VENUE**<br><br>**ECF Case** |

PLEASE TAKE NOTICE that Defendants Chegg, Inc., Student of Fortune, Inc., and Daniel Rosensweig (collectively, "Defendants"), by their undersigned counsel, hereby move to transfer this case to United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404.  The grounds for this Motion are set forth in detail in the accompanying Memorandum of Law, the Declaration of Robert Chesnut, and the exhibits thereto, filed concurrently with this Motion.

{F1214946.1 }

Respectfully submitted,

Dated: April 25, 2013　　　　FROSS ZELNICK LEHRMAN & ZISSU, P.C.
　　　　　New York, NY

By: _____
　　　James D. Weinberger

jweinberger@fzlz.com
866 United Nations Plaza
New York, New York 10017
Telephone: (212) 813-5900
Facsimile: (212) 813-5901

Michael H. Page (*admitted pro hac vice*)
mpage@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, California  94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for Defendants Chegg, Inc., Student of Fortune, Inc. and Daniel Rosensweig

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on April 25, 2013 with a copy of this document via the Court's CM/ECF system.

    Gregory Paul Gulia
    Robert Terry Parker
    Vanessa C. Hew
    Duane Morris, LLP (NYC)
    1540 Broadway
    New York, NY 10036-4086
    Tel: (212) 692-1000
    Fax: (212) 692-1020
    Email: gpgulia@duanemorris.com
           tparker@duanemorris.com
           vchew@duanemorris.com

    Larry Selander
    Duane Morris, LLP (IL)
    190 South LaSalle Street, Suite3700
    Chicago, IL 60603
    Tel: (312) 499-0147
    Fax: (212) 692-1020
    Email: lselander@duanemorris.com

    Attorneys for Plaintiffs
    Apollo Group, Inc. and University of Phoenix, Inc.

    _____
    James D. Weinberger