UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APOLLO GROUP, INC. and UNIVERSITY OF PHOENIX, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> CHEGG, INC., STUDENT OF FORTUNE, INC., DANIEL ROSENSWEIG, and SEAN MCCLEESE, <br><br> Defendants. | 13 Civ. 01336 (AJN) <br><br> **NOTICE OF MOTION** |

　　　　PLEASE TAKE NOTICE, that upon the annexed affidavit of Sean McCleese, sworn to April 24, 2013, declaration of William C. Silverman sworn to April 25, 2013, and upon the exhibit thereto, the accompanying Memorandum of Law in support of this motion, and upon all prior papers and proceedings had herein, defendant Sean McCleese, by and through his undersigned counsel, will move this Court, before the Honorable Alison J. Nathan, United States District Court Judge, at the United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(3), dismissing the Complaint as against him for lack of personal jurisdiction and improper venue, and granting such other and further relief as this Court deems just and proper.

Dated:　New York, New York
　　　　 April 25, 2013

　　　　　　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG LLP

　　　　　　　　　　　　　　　　　　　　　　　/s/ William C. Silverman
　　　　　　　　　　　　　　　　　　　　　　　William C. Silverman
　　　　　　　　　　　　　　　　　　　　　　　MetLife Building 200 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10166
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 801-3148
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 801-6400
　　　　　　　　　　　　　　　　　　　　　　　Email: silvermanw@gtlaw.com