```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Apollo Group, Inc., et al,                          :
                                                    :
                        Plaintiffs,                 :
                                                    :
        -v-                                         :
                                                    :
Chegg, Inc., et al,                                 :
                                                    :
                        Defendants.                 :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 6 2013

13 Civ. 01336 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On April 25, 2013, Defendant Sean McCleese filed a motion to dismiss for lack of personal jurisdiction and Defendants Chegg, Inc., Student of Fortune, Inc., and Daniel Rosensweig filed a motion to transfer this case to the Northern District of California. Pursuant to Rule 3.F of this Court's Individual Practices in Civil Cases, on or before May 6, 2013, Plaintiffs must notify the Court and their adversaries in writing whether (1) they intend to file an amended pleading and when they will do so or (2) they will rely on the pleading being attacked. If Plaintiffs elect not to amend their complaint, no further opportunities to amend will be granted and the motions will proceed in the regular course. If Plaintiffs choose to amend, Defendants may then (a) file an answer; (b) file a new motion; or (c) submit a letter stating that they rely on their initially-filed motion.

Nothing in this Order alters the time to amend, answer or move provided by the Federal Rules of Civil Procedure or Local Rules.

The initial pretrial conference scheduled for May 3, 2013, is adjourned pending resolution of these motions.

SO ORDEREED.

Dated: April 26, 2013
       New York, New York

_____
ALISON J. NATHAN
United States District Judge