# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

LARRY SELANDER
DIRECT DIAL: +1 312 499 0147
PERSONAL FAX: +1 312 277 6954
E-MAIL: lselander@duanemorris.com

www.duanemorris.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 0 8 2013
```

May 6, 2013

BY E-MAIL (nathannysdchambers@nysd.uscourts.gov)

Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **Apollo Group, Inc., et al. v. Chegg, Inc., et al., Case No. 13 Civ. 01336 (AJN)**

Dear Judge Nathan:

We represent the plaintiffs Apollo Group, Inc. and University of Phoenix, Inc. (collectively, "Plaintiffs") in the above-referenced matter. Pursuant to Your Honor's April 26, 2013 Order and Rule 3(F) of Your Honor's Individual Practices in Civil Cases, Plaintiffs hereby notify the Court and defendants Chegg, Inc., Student of Fortune, Inc., Daniel Rosensweig, and Sean McCleese that Plaintiffs intend to file an amended complaint. Plaintiffs seek twenty-one (21) days, until and including May 27, 2013, to so amend.

*So ordered*

Very truly yours,

Larry Selander

SO ORDERED: 5/8/13

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

LZS:ral

Cc:   Michael Page, Esq. (*via email*)
      James Weinberger, Esq. (*via email*)
      William C. Silverman, Esq. (*via email*)

DUANE MORRIS LLP
190 SOUTH LASALLE STREET, SUITE 3700   CHICAGO, IL 60603-3433        PHONE: +1 312 499 6700   FAX: +1 312 499 6701