James D. Weinberger
jweinberger@fzlz.com
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY  10017
Telephone:  (212) 813-5900
Facsimile:  (212) 813-5901

Michael H. Page (*admitted pro hac vice*)
mpage@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, California  94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for Defendants Chegg, Inc., Student of
   Fortune, Inc. and Daniel Rosensweig

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| APOLLO GROUP, INC. and UNIVERSITY OF PHOENIX, INC.,<br><br>                              Plaintiff,<br><br>     v.<br><br>CHEGG, INC., STUDENT OF FORTUNE, INC., DANIEL ROSENSWEIG, and SEAN MCCLEESE,<br><br>                              Defendant. | Civil Action No. 13 CV 01336 (AJN)<br><br>**NOTICE OF APPEARANCE OF MICHAEL H. PAGE ON BEHALF OF DEFENDANTS CHEGG, INC., STUDENT OF FORTUNE, INC. AND DANIEL ROSENSWEIG**<br><br>**ECF Case** |

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned of the law office of Durie Tangri LLP enters this Notice of Appearance for Michael H. Page in the above-referenced action as counsel for Defendants Chegg, Inc., Student of Fortune, Inc. and Daniel Rosensweig, and hereby requests that all briefs, motions, orders, correspondence and other papers be served as follows:

DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
MICHAEL H. PAGE
Email: mpage@durietangri.com

Dated:  May 15, 2013
        San Francisco, California

Respectfully submitted,

DURIE TANGRI LLP

By:    */s/ Michael H. Page*
Michael H. Page (*admitted Pro Hac Vice*)
mpage@durietangri.com
217 Leidesdorff Street
San Francisco, California  94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

James D. Weinberger
jweinberger@fzlz.com
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Telephone: (212) 813-5900
Facsimile: (212) 813-5901

Attorneys for Defendants Chegg, Inc., Student of Fortune, Inc. and Daniel Rosensweig

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on May 15, 2013 with a copy of this document via the Court's CM/ECF system.

Gregory Paul Gulia
Robert Terry Parker
Vanessa C. Hew
Duane Morris, LLP (NYC)
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1000
Fax: (212) 692-1020
Email: gpgulia@duanemorris.com
        tparker@duanemorris.com
        vchew@duanemorris.com

Larry Selander
Elinor L. Hart
Duane Morris, LLP (IL)
190 South LaSalle Street, Suite3700
Chicago, IL 60603
Tel: (312) 499-0147
Fax: (212) 692-1020
Email: lselander@duanemorris.com
        ehart@duanemorris.com

Attorneys for Plaintiffs
Apollo Group, Inc. and University of Phoenix, Inc.

William Charles Silverman
Greenberg Traurig, LLP (NYC)
200 Park Avenue
New York, NY 10166
Tel: (212)-801-3148
Fax: (212)-224-6150
Email: silvermanw@gtlaw.com

Attorney for Defendant
Sean McCleese

*/s/ Michael H. Page*
MICHAEL H. PAGE