# Durie Tangri

Michael H. Page
415-362-6666 (main)
mpage@durietangri.com

May 29, 2013

**VIA EMAIL**

Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Re:   Apollo Group, Inc. et al v. Chegg, Inc. et al
      Case No. 13 CV 01336 (AJN)

Your Honor:

Pursuant to the Court's April 26, 2013, Order, Defendants Chegg, Inc., Soldier of Fortune, Inc., and Daniel Rosensweig hereby give notice that we intend to rely on our initially-filed motion to transfer (Docket Nos. 10-12) the above-referenced case to the Northern District of California.  We further intend to file an answer to the First Amended Complaint on or before June 11, 2013.

Respectfully submitted,

Michael H. Page

cc:   Gregory Paul Gulia (via email)
      Robert Terry Parker (via email)
      Vanessa C. Hew (via email)
      Larry Selander (via email)
      William C. Silverman (via email)

217 Leidesdorff Street
San Francisco, California 94111
P (415) 362-6666  F (415) 236-6300
www.durietangri.com