**GT GreenbergTraurig**

William C. Silverman
SilvermanW@gtlaw.com
Tel  212.801.3148
Fax 212.224.6150

June 3, 2013

**VIA EMAIL**

Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
nathannysdchambers@nysd.uscourts.gov

    Re:   *Apollo Group, Inc. et al. v. Chegg, Inc. et al.*
            No. 13-cv-01336 (AJN): Motion to Dismiss

Dear Judge Nathan:

    Pursuant to the Court's Order dated April 26, 2013 (ECF No. 17), Defendant Sean McCleese hereby gives notice that he intends to rely on his initially-filed motion to dismiss for lack of jurisdiction (ECF Nos. 13-16).

Respectfully submitted,

William C. Silverman

cc:   Via E-Mail:

    Ian C. Ballon, Esq.
    Adrienne J. Lawrence, Esq.
    Michael H. Page, Esq.
    Gregory P. Guila, Esq.
    Robert T. Parker, Esq.
    Vanessa C. Hew, Esq.
    Larry Selander, Esq.

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN*
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS
ZURICH
*STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ▪ ATTORNEYS AT LAW ▪ WWW.GTLAW.COM
MetLife Building ▪ 200 Park Avenue ▪ New York, NY 10166 ▪ Tel 212.801.9200 ▪ Fax 212.801.6400