Nathan, A.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

APOLLO GROUP, INC. and UNIVERSITY
OF PHOENIX, INC.

     Plaintiffs,

  -against-           Case No.: 13 CV 1336 (AJN)

CHEGG, INC., STUDENT OF FORTUNE,
INC., DANIEL ROSENSWEIG, and SEAN
MCCLEESE

     Defendants.

------------------------------------------------X

### STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO OPPOSE MOTION TO TRANSFER VENUE

Plaintiffs Apollo Group, Inc., and University of Phoenix, Inc. by and through their undersigned counsel and defendants Chegg, Inc., Student of Fortune, Inc. and Daniel Rosensweig ("Defendants"), by and through their undersigned counsel, do hereby stipulate to extend the time for Plaintiffs to oppose Defendants' Motion to Transfer Venue from June 17, 2013 through and including June 24, 2013. This stipulated extension of time has been agreed to by Chegg, Inc., Student of Fortune, Inc., Daniel Rosensweig and Plaintiffs. This is the first extension of time requested in connection with this motion. The requested extension will not affect any other scheduled dates in this case. The extension is requested for the purpose of allowing the parties time to conduct settlement discussions.

Dated: New York, New York
    June 13, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 3 2013

Respectfully Submitted,

_____
James D. Weinberger
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY 10004
212-813-5952 (Telephone)
212-813-5901 (Facsimile)
jweinberger@frosszelnick.com (Email)

Michael H. Page
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
415-362-6666 (Telephone)
415-236-6300 (Facsimile)
mpage@durietangri.com (Email)

_____
Gregory P. Gulia
Vanessa C. Hew
Robert Terry Parker
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
212-692-1000 (Telephone)
212-692-1020 (Facsimile)
gpgulia@duanemorris.com (Email)
vchew@duanemorris.com (Email)
tparker@duanemorris.com (Email)

Larry Selander
Elinor L. Hart
DUANE MORRIS LLP
190 South Lasalle Street, Suite 3700
Chicago, IL 60603
312-499-6700 (Telephone)
312-499-6701 (Facsimile)
lselander@duanemorris.com (Email)
ehart@duanemorris.com (Email)

SO ORDERED. 6/13/13

_____
Hon. Alison J. Nathan
United States District Court Judge

DM2\4312814.1

2