```
AFFT
Duane Morris, LLP
Elinor L. Hart
190 S. LaSalle St., Suite 3700
Chicago, IL 60603
State Bar No.:
Attorney(s) for: Plaintiff(s)
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW YORK

Civil Action **13 CIV. 01336**

Apollo Group, Inc. and University of Phoenix, Inc.
vs
Chegg, Inc., Student of Fortune, Inc., Daniel Rosensweig, Sean McCleese, and Nikhil Sreenath

**Plaintiff(s)**

**Defendant(s)**

Date:
Time:

### AFFIDAVIT OF PROCESS SERVER
### DENZILA WATTS

I, **Denzila Watts**, being duly sworn deposes and says: That Affiant is and was on the day when she attempted to served the within action, a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in, the within action: That the affiant received the within **Summons in a Civil Action; Amended Complaint and Jury Demand** on the **5th** day of **June, 2013** and attempted to effect service on **Nikhil Sreenath** at the following address(es): **Telephone Conversation, 973-978-1204.** Below are listed the date(s) and time(s) of attempted service:

| Date | Time | Address | Outcome |
|---|---|---|---|
| 06/05/2013 | 1:19PM | Telephone Contact | Affiant received a telephone response from the Defendant in regards to a delivery notice that was posted at 4100 W. Flamingo Rd., #2750, Las Vegas, NV 89103. Defendant advised he is out of town for a few weeks and advised to please deliver the documents to his assistant Michelle (702-505-4326) and provided his cell number of 973-978-1204. Affiant called and made arrangements with Michelle to accept service. Service was accepted by Michelle Reaves, Manager of the Virtual Office, LLC on June 6, 2013 at 10:16am at 4100 W. Flamingo Rd., #2750, Las Vegas, NV 89103. |



State of Nevada, County of Clark

SUBSCRIBED AND SWORN to before me on this **17th** day of **June** **2013**

Notary Public  Laura Mitz

Affiant -Denzila Watts  #: R-047737
Legal Process Service  License # 604
WorkOrderNo 1303870

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

*RECEIVED 2013 MAY 28 PM* 
*U.S. DISTRICT COURT SDNY*

| | |
|---|---|
| Apollo Group, Inc. and University of Phoenix, Inc. <br><br> *Plaintiff* <br> v. <br> Chegg, Inc., Student of Fortune, Inc., Daniel Rosensweig, Sean McCleese, and Nikhil Sreenath <br><br> *Defendant* | ) ) ) ) ) Civil Action No. 13 Civ. 01336 ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nikhil Sreenath
4100 W. Flamingo Road #2750
Las Vegas, NV 89103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Vanessa Hew
Duane Morris, LLP
1540 Broadway
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: MAY 28 2013

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13 Civ. 01336

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## CERTIFICATE OF SERVICE

Elinor L. Hart, certifies that on June 20, 2013, she caused the foregoing document to be electronically filed with the Clerk of the Court, using the Court's CM/ECF system, which will send electronic notification of the filing to those parties who have appeared and are registered as CM/ECF participants. Parties may access this filing through the Court's system.

/s/ *Elinor L. Hart*