IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

APOLLO GROUP, INC. and UNIVERSITY
OF PHOENIX, INC.

        Plaintiffs,

-against-

CHEGG, INC., STUDENT OF FORTUNE,
INC., DANIEL ROSENSWEIG, SEAN
MCCLEESE, and NIKHIL SREENATH

        Defendants.

------------------------------------------------------------X

Case No.: 13 CV 1336 (AJN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 20 2013

## STIPULATION AND PROPOSED ORDER FOR THIRTY (30) DAY STAY OF PROCEEDINGS

Plaintiffs Apollo Group, Inc., and University of Phoenix, Inc. ("Plaintiffs") by and through their undersigned counsel and defendants Chegg, Inc., Student of Fortune, Inc., Daniel Rosensweig, Sean McCleese, and Nikhil Sreenath, by and through their undersigned counsel, do hereby stipulate to a thirty (30) day stay of proceedings. The original deadline for Plaintiffs to respond to defendant Sean McCleese's motion to dismiss was June 20, 2013. The original deadline for Plaintiffs to respond to defendants Chegg, Inc., Student of Fortune, Inc., and Daniel Rosensweig's motion to transfer was June 24, 2013. The original deadline for defendant Nikhil Sreenath to answer or otherwise respond to the Amended Complaint was June 27, 2013. This stipulated stay has been agreed to by all parties. This is the second extension of time requested in this case. Since the first extension, the parties have reached an agreement in principle that would settle all pending issues in this case. This second extension is requested for the purpose of negotiating the details of that settlement.

Dated: New York, New York
June 19, 2013

Respectfully Submitted,

*[signature]*
James David Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10004
212-813-5952 (Telephone)
jweinberger@frosszelnick.com (Email)

Michael H. Page
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
415-362-6666 (Telephone)
mpage@durietangri.com (Email)

*Attorneys for Defendants Chegg, Inc., Student of Fortune, Inc., and Daniel Rosensweig*

*[signature]*
William C. Silverman
GREENBERG TRAURIG LLP
MetLife Building 200 Park Ave.
New York, NY 10166
212-801-3148 (Telephone)
silvermanw@gtlaw.com (Email)

*Attorneys for Defendant Sean McCleese*

*[signature]*
Jean-Paul Jassy
BOSTWICK & JASSY LLP
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
310-979-6059 (Telephone)
310-314-8401 (Facsimile)
jpjassy@bostwickjassy.com (Email)

*Specially appearing*
*Attorneys for Defendant Nikhil Sreenath*
*(not admitted in S.D.N.Y.)*

*[signature]*
Gregory P. Gulia
Vanessa C. Hew
Robert Terry Parker
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
212-692-1000 (Telephone)
gpgulia@duanemorris.com (Email)
vchew@duanemorris.com (Email)
tparker@duanemorris.com (Email)

Larry Selander
Elinor L. Hart
DUANE MORRIS LLP
190 South Lasalle Street, Suite 3700
Chicago, IL 60603
312-499-6700 (Telephone)
lselander@duanemorris.com (Email)
ehart@duanemorris.com (Email)

*Attorneys for Plaintiffs Apollo Group, Inc. and University of Phoenix, Inc.*

SO ORDERED.                                6/20/13

_____
Hon. Alison J. Nathan
United States District Court Judge