USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 10 2013

DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, NY 10036-4086
Tel. No. (212) 692-1000

and

Larry Selander (admitted *pro hac vice*)
Elinor L. Hart (admitted *pro hac vice*)
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Tel. No. (312) 499-6700

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APOLLO GROUP, INC. and UNIVERSITY OF PHOENIX, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEGG, INC., STUDENT OF FORTUNE, INC., DANIEL ROSENSWEIG, and SEAN MCCLEESE, <br><br> Defendants. | Case No.: 13 Civ. 1336 (AJN) <br><br> **NOTICE OF DISMISSAL** <br><br> ECF CASE |

    Plaintiffs, Apollo Group, Inc. and University of Phoenix, Inc., by their attorneys, Duane Morris LLP, hereby dismiss the above action, with prejudice and without costs against any party, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure. This Court shall retain jurisdiction to enforce the Settlement.

Dated: New York, New York
July 3, 2013

Respectfully Submitted,

/s/ James David Weinberger

James David Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10004
212-813-5952 (Telephone)
jweinberger@frosszelnick.com (Email)

Michael H. Page
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
415-362-6666 (Telephone)
mpage@durietangri.com (Email)

*Attorneys for Defendants Chegg, Inc., Student of Fortune, Inc., and Daniel Rosensweig*

William C. Silverman
GREENBERG TRAURIG LLP
MetLife Building 200 Park Ave.
New York, NY 10166
212-801-3148 (Telephone)
silvermanw@gtlaw.com (Email)

*Attorneys for Defendant Sean McCleese*

Jean-Paul Jassy
BOSTWICK & JASSY LLP
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
310-979-6059 (Telephone)
310-314-8401 (Facsimile)
jpjassy@bostwickjassy.com (Email)

*Attorneys for Defendant Nikhil Sreenath*

Gregory P. Gulia
Vanessa C. Hew
Robert Terry Parker
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
212-692-1000 (Telephone)
gpgulia@duanemorris.com (Email)
vchew@duanemorris.com (Email)
tparker@duanemorris.com (Email)

Larry Selander
Elinor L. Hart
DUANE MORRIS LLP
190 South Lasalle Street, Suite 3700
Chicago, IL 60603
312-499-6700 (Telephone)
lselander@duanemorris.com (Email)
ehart@duanemorris.com (Email)

*Attorneys for Plaintiffs Apollo Group, Inc. and University of Phoenix, Inc.*

Dated: New York, New York
July 3, 2013

Respectfully Submitted,

James David Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10004
212-813-5952 (Telephone)
jweinberger@frosszelnick.com (Email)

Michael H. Page
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
415-362-6666 (Telephone)
mpage@durietangri.com (Email)

*Attorneys for Defendants Chegg, Inc., Student of Fortune, Inc., and Daniel Rosensweig*

William C. Silverman
GREENBERG TRAURIG LLP
MetLife Building 200 Park Ave.
New York, NY 10166
212-801-3148 (Telephone)
silvermanw@gtlaw.com (Email)

*Attorneys for Defendant Sean McCleese*

Jean-Paul Jassy
BOSTWICK & JASSY LLP
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
310-979-6059 (Telephone)
310-314-8401 (Facsimile)
jpjassy@bostwickjassy.com (Email)

*Attorneys for Defendant Nikhil Sreenath*

Gregory P. Gulia
Vanessa C. Hew
Robert Terry Parker
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
212-692-1000 (Telephone)
gpgulia@duanemorris.com (Email)
vchew@duanemorris.com (Email)
tparker@duanemorris.com (Email)

Larry Selander
Elinor L. Hart
DUANE MORRIS LLP
190 South Lasalle Street, Suite 3700
Chicago, IL 60603
312-499-6700 (Telephone)
lselander@duanemorris.com (Email)
ehart@duanemorris.com (Email)

*Attorneys for Plaintiffs Apollo Group, Inc. and University of Phoenix, Inc.*

Dated: New York, New York
July 8, 2013

Respectfully Submitted,

---

James David Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10004
212-813-5952 (Telephone)
jweinberger@frosszelnick.com (Email)

Michael H. Page
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
415-362-6666 (Telephone)
mpage@durietangri.com (Email)

*Attorneys for Defendants Chegg, Inc., Student of Fortune, Inc., and Daniel Rosensweig*

---

William C. Silverman
GREENBERG TRAURIG LLP
MetLife Building 200 Park Ave.
New York, NY 10166
212-801-3148 (Telephone)
silvermanw@gtlaw.com (Email)

*Attorneys for Defendant Sean McCleese*

---

Jean-Paul Jassy
BOSTWICK & JASSY LLP
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
310-979-6059 (Telephone)
310-314-8401 (Facsimile)
jpjassy@bostwickjassy.com (Email)

*Specially appearing*
*Attorneys for Defendant Nikhil Sreenath*
*(not admitted in U.S.D.ct. Ct. SDNY)*

---

Gregory P. Gulia
Vanessa C. Hew
Robert Terry Parker
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
212-692-1000 (Telephone)
gpgulia@duanemorris.com (Email)
vchew@duanemorris.com (Email)
tparker@duanemorris.com (Email)

Larry Selander
Elinor L. Hart
DUANE MORRIS LLP
190 South Lasalle Street, Suite 3700
Chicago, IL 60603
312-499-6700 (Telephone)
lselander@duanemorris.com (Email)
ehart@duanemorris.com (Email)

*Attorneys for Plaintiffs Apollo Group, Inc. and University of Phoenix, Inc.*

Dated: New York, New York
July 3, 2013

Respectfully Submitted,

James David Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10004
212-813-5952 (Telephone)
jweinberger@frosszelnick.com (Email)

Michael H. Page
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
415-362-6666 (Telephone)
mpage@durietangri.com (Email)

*Attorneys for Defendants Chegg, Inc., Student of Fortune, Inc., and Daniel Rosensweig*

William C. Silverman
GREENBERG TRAURIG LLP
MetLife Building 200 Park Ave.
New York, NY 10166
212-801-3148 (Telephone)
silvermanw@gtlaw.com (Email)

*Attorneys for Defendant Sean McCleese*

Jean-Paul Jassy
BOSTWICK & JASSY LLP
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
310-979-6059 (Telephone)
310-314-8401 (Facsimile)
jpjassy@bostwickjassy.com (Email)

*Attorneys for Defendant Nikhil Sreenath*

Gregory P. Gulia
Vanessa C. Hew
Robert Terry Parker
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
212-692-1000 (Telephone)
gpgulia@duanemorris.com (Email)
vchew@duanemorris.com (Email)
tparker@duanemorris.com (Email)

Larry Selander
Elinor L. Hart
DUANE MORRIS LLP
190 South Lasalle Street, Suite 3700
Chicago, IL 60603
312-499-6700 (Telephone)
lselander@duanemorris.com (Email)
ehart@duanemorris.com (Email)

*Attorneys for Plaintiffs Apollo Group, Inc. and University of Phoenix, Inc.*

SO ORDERED.   7/10/13

_____
Hon. Alison J. Nathan
United States District Court Judge